# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JANICE MCKINNEY,

      Plaintiff,

v.                                            Case No.     08-10624

COMMISSIONER OF SOCIAL SECURITY,      District Judge Arthur J. Tarnow

      Defendant.                         Magistrate Judge Steven D. Pepe

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [15];
## DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [10];
## AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12]

The court ADOPTS Magistrate Judge Pepe's report and recommendation. No objections were filed.

Accordingly, plaintiff's motion for summary judgment is DENIED, and the defendant's motion for summary judgment is GRANTED.

SO ORDERED.

                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated: March 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2009, by electronic and/or ordinary mail.

                                      S/FELICIA M. MOSES
                                      Case Manager